IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILL NEAL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-0425 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Newbern |
| | ) | |
| JOHN FORT, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the *Daubert* Motion to Exclude the Testimony of Roman Kickirillo filed by the Plaintiff (Docket No. 36) is **GRANTED**.

It is so **ORDERED**.

Entered this 30th day of January, 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE