UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILL NEAL, JR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-cv-425 |
| | ) | Judge Aleta A. Trauger |
| | ) | |
| JOHN FORT, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 39) filed by the defendant, John Fort, and the Motion for Summary Judgment (Docket No. 43) filed by the unnamed defendant, State Farm Mutual Automobile Insurance Company, are **DENIED**.

It is so **ORDERED**.

Enter this 9th day of February 2017.

_____
ALETA A. TRAUGER
United States District Judge

1